UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARTHUR THORNTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1329 CDP |
| ) | |
| MAUREEN THORNTON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on defendant Maureen Thornton's suggestion of bankruptcy. This action against Maureen Thornton must be stayed because of the suggestion of bankruptcy, but plaintiffs may proceed on their claims against the remaining defendants. Plaintiffs must serve the remaining defendants.

Accordingly,

**IT IS HEREBY ORDERED** that **this action is stayed as to defendant Maureen Thornton only.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of September, 2008.